# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL JEROME EDWARDS § | |
| § | |
| v. § | CIVIL ACTION NO.  4:11cv698 |
| § | (Judge Schneider/Judge Mazzant) |
| § | |
| DENTON COUNTY SHERIFF'S DEPT. § | |
| and DENTON COUNTY DISTRICT § | |
| ATTORNEY'S OFFICE § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On November 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case should be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**It is SO ORDERED.**

 SIGNED this 30th day of December, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE